**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY BARTON, et al., | § | Civil Action No. 3:22-CV-2118-X |
| | § | |
| Defendants, | § | |
| | § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § | |
| | § | |
| | § | |
| Relief Defendants. | § | |

**DEFENDANT TIMOTHY L. BARTON'S NOTICE OF APPEAL**

Notice is given that Defendant Timothy L. Barton appeals to the United States Court of Appeals for the Fifth Circuit from the following orders of this Court:

1. the Order Approving Sale and Transfers, entered October 2, 2026 (Doc. 944), approving the sale of the Parc at Opelika and transfer of receivership membership interests in D4DS, LLC, D4IN, LLC, and D4FR, LLC to Southern Properties Capital, Ltd., including the provisions of the September 24, 2026 Order Appointing Appraisers, Approving Appraisals, and Setting Hearing (Doc. 925) incorporated in and made operative by Doc. 944; and

2. the Order Granting Receiver's Motion to Ratify Settlement Agreement with Southern Properties Capital, Ltd., Etc., entered September 25, 2026 (Doc. 926), to the extent subject to appellate review in connection with the sale and transfers authorized by Doc. 944.

Barton invokes collateral-order jurisdiction over Doc. 944's sale and transfer authorization. *SEC v. Barton*, No. 24-10788, slip op. at 9 (5th Cir. Mar. 25, 2026); *SEC v. Barton*, 135 F.4th 206, 224–25 (5th Cir. 2025). He recognizes the distinction between sale orders and non-sale settlement-ratification orders and does not assert that Doc. 926 is appealable merely because it ratifies a settlement or modifies the receivership litigation stay. The court of appeals will determine the permissible scope of review.

Dated: October 14, 2026

Respectfully submitted,

***/s/ Timothy L. Barton***

**Timothy L. Barton, Pro Se**
1846 East Rosemeade Parkway, #232
Carrollton, Texas 75007
(214) 914-3811
timothy.barton@proton.me

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, this notice was served on all counsel of record via CM/ECF.

*/s/ Timothy L. Barton*
Timothy L. Barton, Pro Se