UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

EZEKIEL L. HILL
(202) 551-7724
HILLEZ@SEC.GOV

October 28, 2026

Thomas B. Plunkett
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

*Via ECF*

Re: *SEC v. Barton*, No. 26-10963

Dear Mr. Plunkett,

I write on behalf of the Securities and Exchange Commission regarding the above-referenced appeal. The appeal is captioned with Timothy Barton as the appellant and the Commission as the appellee. The Commission respectfully requests that Cortney C. Thomas be added to the caption as an appellee.

The district court appointed Mr. Thomas as receiver for certain entities that received or benefited from funds traceable to Mr. Barton's alleged fraud. Dkt. 650; *see SEC v. Barton*, 135 F.4th 206 (5th Cir. 2025). In this appeal, Mr. Barton appeals from district court orders granting relief that was requested by Mr. Thomas (not the Commission) and that pertains to the receivership estate. Dkt. 948; *see* Dkt. 926, 944. Mr. Thomas's inclusion as an appellee is therefore warranted.

Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

cc: Timothy Barton (via mail and email)
Cortney C. Thomas (via email)