# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2026

Mr. Timothy Barton
1846 E. Rosemeade Parkway
Unit 232
Carrollton, TX 75007

Mr. Keefe Michael Bernstein
U.S. Securities & Exchange Commission
Trial Unit
801 Cherry Street
Suite 1900
Fort Worth, TX 76102

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

Ms. Charlene Cantrell Koonce
Brown Fox, P.L.L.C.
306 W. 7th Street
Suite 500
Fort Worth, TX 76102

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

Mr. Cortney Christopher Thomas
Brown Fox, P.L.L.C.
306 W. 7th Street
Suite 500
Fort Worth, TX 76102

Mr. Tim Wells
Brown Fox, P.L.L.C.
306 W. 7th Street

Suite 1000
Fort Worth, TX 76102

No. 26-10963 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ____________________________
Nina Fernandez, Deputy Clerk
504-310-7630

Case No. 26-10963

Securities and Exchange Commission,

Plaintiff - Appellee

v.

Timothy Barton,

Defendant - Appellant

v.

Cortney Christopher Thomas, Receiver,

Appellee