U.S. COURT OF APPEALS
RECEIVED
Oct 26, 2026
FIFTH CIRCUIT

**No. 26-10963**

# United States Court of Appeals for the Fifth Circuit

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

v.

**TIMOTHY L. BARTON, et al.,**
*Defendants,*

**TIMOTHY L. BARTON,**
*Defendant-Appellant*

Related District Court Case:
*SEC v. Barton, No. 3:22-CV-2118-X (N.D. Tex.)*
The Honorable Brantley Starr, United States District Judge

**APPELLANT TIMOTHY L. BARTON'S PRO SE MOTION FOR PERMISSION TO REGISTER AS A CM/ECF FILING USER**

**Timothy L. Barton, Pro Se**
1846 East Rosemeade Parkway, #232
Carrollton, Texas 75007
(214) 914-3811
timothy.barton@proton.me

Appellant Timothy L. Barton, proceeding pro se and not incarcerated, respectfully moves for permission to register as a CM/ECF Filing User in this civil appeal pursuant to Fifth Circuit Rule 25.2.1. In support, Appellant states as follows:

## I. BACKGROUND

1. This appeal, No. 26-10963, arises from SEC v. Barton, Civil Action No. 3:22-CV-2118-X in the United States District Court for the Northern District of Texas, Dallas Division.
2. Appellant appears pro se in this appeal and is not incarcerated.
3. Appellant can prepare and upload searchable, text-based PDF documents that comply with the Fifth Circuit's electronic-filing practices and can maintain current contact information with the Clerk.
4. Filing-User status will allow Appellant to file documents electronically, receive Notices of Docket Activity and electronic service where applicable, and efficiently access the electronic record in this appeal.

## II. AUTHORITY AND GOOD CAUSE

5. Fifth Circuit Rule 25.2.1 permits a non-incarcerated pro se litigant in a civil case to request the Clerk's permission to register as a Filing User, subject to conditions established by the Clerk.
6. Appellant will comply with Federal Rule of Appellate Procedure 27, Federal Rule of Appellate Procedure 32, Fifth Circuit Rule 25.2, and the Court's

electronic-filing requirements, including privacy-redaction and electronic-service requirements.

7. Granting this request will streamline filing and service in this active appeal and will not prejudice any party.

## III. REQUESTED RELIEF

Appellant respectfully requests that the Court grant this motion, authorize Timothy L. Barton to register and participate as a CM/ECF Filing User in Appeal No. 26-10963, and direct the Clerk to link his existing PACER/CM/ECF account associated with timothy.barton@proton.me to this appeal for electronic filing and electronic noticing.

Dated: October 23, 2026

Respectfully submitted,

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**
1846 East Rosemeade Parkway, #232
Carrollton, Texas 75007
(214) 914-3811
timothy.barton@proton.me

## CERTIFICATE OF CONFERENCE

On October 23, 2026, I conferred by email with Ezekiel L. Hill, counsel for the Securities and Exchange Commission, regarding this motion. Mr. Hill advised that the SEC takes no position on the requested relief.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 300 words, as counted by the word-processing system used to prepare this motion.

This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using 14-point Times New Roman.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, this motion was electronically filed by the Clerk of the United States Court of Appeals for the Fifth Circuit through the CM/ECF system, which served a copy on all counsel of record registered to receive electronic service in this appeal.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**

**No. 26-10963**

# United States Court of Appeals for the Fifth Circuit

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

v.

**TIMOTHY L. BARTON, et al.,**
*Defendants,*

**TIMOTHY L. BARTON,**
*Defendant-Appellant*

Related District Court Case:
*SEC v. Barton, No. 3:22-CV-2118-X (N.D. Tex.)*
The Honorable Brantley Starr, United States District Judge

## [PROPOSED] ORDER ON APPELLANT TIMOTHY L. BARTON'S PRO SE MOTION FOR PERMISSION TO REGISTER AS A CM/ECF FILING USER

Upon consideration of Appellant Timothy L. Barton's Pro Se Motion for Permission to Register as a CM/ECF Filing User, IT IS ORDERED that the motion is GRANTED.

Appellant Timothy L. Barton is authorized to register and participate as a CM/ECF Filing User in Appeal No. 26-10963, subject to the Court's electronic-filing rules and any conditions imposed by the Clerk.

The Clerk is directed to link Appellant's PACER/CM/ECF account associated with timothy.barton@proton.me to this appeal and provide any further instructions necessary to complete registration.

DATED: ____________________, 2026

BY THE COURT:

_______________________________________
UNITED STATES CIRCUIT JUDGE / CLERK